

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00357-CV

| | | |
|---|---|---|
| ROXANNE BRADFORD, Appellant | § | On Appeal from the 342nd District Court |
| v. | § | of Tarrant County (342-307880-19) |
| | § | May 6, 2021 |
| TEXAS HEALTH HARRIS METHODIST HOSPITAL, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's summary judgment. It is ordered that the summary judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's summary judgment dismissing appellant Roxanne Bradford's negligence and gross-negligence claims. We reverse that portion of the trial court's summary judgment dismissing appellant Roxanne Bradford's premises-liability claim and remand this case to the trial court for further proceedings.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker